UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| LINETTE MORAWCZYNSKI,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. 3:09-CV-5712 RLB<br><br><br>ORDER AND JUDGMENT OF REMAND |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's applications for disability insurance benefits and supplemental security income benefits under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings before an administrative law judge (ALJ), a new hearing, and a new decision.   On remand, the ALJ will 1) give Plaintiff an opportunity for a de novo hearing; 2) update the record as necessary; 3) evaluate all lay witness statements; 4) allow Plaintiff to testify and submit new evidence; and 5) continue with the remaining steps of the five-step sequential evaluation.

Page 1     ORDER AND JUDGMENT

This Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. §405(g) with a remand of the cause to the Commissioner for further proceedings. *See*, *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

Judgment is for the Plaintiff and the file shall be closed.

DATED this 20th day of April, 2010.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

s/Karen L. Strombom
UNITED STATES MAGISTRATE JUDGE

Presented By:

s/ Nancy A. Mishalanie
NANCY A. MISHALANIE    WSB#18120
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-3619
FAX: (206) 615-2531
nancy.mishalanie@ssa.gov