# United States District Court

WESTERN DISTRICT OF WASHINGTON

LINETTE MORAWCZYNSKI,,

      v.

JUDGMENT IN A CIVIL CASE

MICHAEL J. ASTRUE,
Commissioner of Social Security,

CASE NUMBER:3:09-CV-5712 RLB

___ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) that the Commissioner's decision in regard to Plaintiff's applications for disability insurance benefits and supplemental security income benefits under Titles II and XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security for further administrative proceedings before an administrative law judge (ALJ), a new hearing, and a new decision.

| April 21, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

        *s/ Mary Trent*
        Deputy Clerk