United States District Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LINETTE MORAWCZYNSKI, | ) |
| | ) CIVIL NO. 3:09-cv-5712 RBL |
| Plaintiff, | ) |
| | ) ORDER FOR EAJA FEES AND EXPENSES |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| | ) |

This matter comes before the Court on the parties' stipulated motion for attorney fees and expenses pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d).  The Court finds that good cause has been shown for the award of EAJA fees and expenses.

THEREFORE, it is hereby ORDERED that Plaintiff is awarded EAJA fees of $2979.75 and expenses of $19.58, pursuant to 28 U.S.C. § 2412.  The checks for EAJA fees and expenses should be made payable to Plaintiff's attorney Amy Gilbrough and mailed directly to Ms. Gilbrough at the address below.

DATED this 19th day of May, 2010

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER FOR EAJA FEES AND EXPENSES
[3:09-cv-5712 RBL] - 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue   Suite 1030
Seattle, WA 98101
(206) 623-0900

1 | Presented by:
2 |
3 | S/AMY M. GILBROUGH_____
    AMY M. GILBROUGH
4 | Attorney for Plaintiff

ORDER FOR EAJA FEES AND EXPENSES
[3:09-cv-5712 RBL] - 2

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue   Suite 1030
Seattle, WA 98101
(206) 623-0900